TRINA A. HIGGINS, United States Attorney (#7349)
TODD C. BOUTON, Assistant United States Attorney (#17800)
SACHIKO JEPSON, Special Assistant United States Attorney (#17077)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
todd.bouton@usdoj.gov; sachiko.jepson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARTER LANE LUCAS,<br><br>Defendant. | Case No. 2:23-cr-000405<br><br>**DISMISSAL OF THE INDICTMENT**<br><br>Judge David Barlow |

Based upon the Order Granting Leave to Dismiss Indictment (ECF No. 81), which Judge David Barlow entered on November 21, 2024, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States hereby dismisses the Superseding Indictment pending against the defendant, CARTER LANE LUCAS (ECF 38), with prejudice.

DATED this 21st day of November, 2024.

TRINA A. HIGGINS
United States Attorney

TODD C. BOUTON
Assistant United States Attorney