Carter Lucas
Name
13988 S Champlin Peak Dr
Herriman, UT 84096
Address
801-674-7730
Telephone

FILED US District Court-UT
DEC 03 '24 AM11:45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| United States of America<br>Plaintiff,<br><br>vs.<br><br>Carter Lane Lucas<br><br>Defendant(s). | MOTION to/for: Release PassPort<br><br>Case No: 2:23-CR-405<br><br>Judge: |

I, Carter Lane Lucas, representing myself without a lawyer, move to/for Release of PassPort under the following statute(s)/rule(s) (if known) ______ for the following reason(s): my Case has been dismissed and all Charges have been dropped.

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

DATED: 12-3-2024.

[signature]
Signature

CERTIFICATE OF SERVICE

I certify that on ________________ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

(Opposing party or counsel)

________________________________
(Address)

________________________________

________________________________

________________________________

Dated: ________________

________________________________
Signature